688

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. JOHN H. BARR MARKETING COMPANY, Respondent.**

No. 13465.

United States Court of Appeals
Ninth Circuit.

June 2, 1953.

George J. Bott, General Counsel, David P. Findling, Associate General Counsel, A. Norman Somers, Asst. General Counsel, Frederick U. Reel, Marshall J. Seidman, Attorneys, National Labor Relations Board, Washington, D. C., Howard F. LeBaron, Director, NLRB, Los Angeles, Cal., Frederick U. Reel, Attorney, NLRB, Washington, D. C., for petitioner.

Jerman & Jerman, Phoenix, Ariz., for respondent.

Before DENMAN, Chief Judge, and ORR and POPE, Circuit Judges.

PER CURIAM.

The National Labor Relations Board petitions the enforcement of an order against the John H. Barr Marketing Company and has filed its brief in support thereof. The Marketing Company has not replied to the brief and failed to appear at the hearing of the motion. The petition is well founded and the enforcement of its order is granted.

**UNITED STATES of America, Respondent-Appellee, v. Julius ROSENBERG and Ethel Rosenberg, Petitioners-Appellants.**

No. 290, Docket 22759.

United States Court of Appeals
Second Circuit.

Argued June 5, 1953.

Decided June 5, 1953.

See also 204 F.2d 688.

Emanuel H. Bloch, John F. Finerty, New York City, for appellants.

J. Edward Lumbard, Jr., U. S. Atty., New York City, for appellee.

Before SWAN, Chief Judge, and AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

Order, D.C., 109 F.Supp. 108, affirmed and stay of execution denied.

**UNITED STATES of America, Respondent-Appellee, v. Julius ROSENBERG and Ethel Rosenberg, Petitioners-Appellants.**

No. 291, Docket 22760.

United States Court of Appeals
Second Circuit.

Argued June 9, 1953.

Decided June 11, 1953.

See also 200 F.2d 666; 204 F.2d 688.

Emanuel H. Bloch, New York City, and Professor Malcolm Sharp, for appellants.

J. Edward Lumbard, Jr., U. S. Atty., New York City, James B. Kilsheimer III and Robert Martin, Asst. U. S. Attys., of counsel, for appellee.